UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**LEXIEA UNDERWOOD,**

    **Plaintiff,**

**vs.**

    CASE NO.: 1:13-CV-04116-WSD

**AMERICAN DISPOSAL
SERVICE OF GEORGIA, INC.,**

    **Defendant.**     /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LEXIEA UNDERWOOD, and Defendant, AMERICAN DISPOSAL SERVICE OF GEORGIA, INC., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) hereby file this joint stipulation dismissing this action with prejudice. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 2012 WL 380417, *4-6 (11th Cir.2012), a Rule 41 dismissal automatically divests the district court of jurisdiction.

RESPECTFULLY SUBMITTED, this 14th day of February 2014, by:

| /s/ C. RYAN MORGAN | /s/ ROBERT E. RIGRISH |
|---|---|
| C. Ryan Morgan, Esq. | Robert E. Rigrish, Esq. |
| Georgia Bar No: 711884 | Georgia Bar No: 605573 |
| Morgan & Morgan, P.A. | One Securities Centre |
| 20 N. Orange Ave., 14th Floor | 3490 Piedmont Road, N.E. |

| | |
|---|---|
| P.O. Box 4979<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile:  (407) 245-3401<br>Email: rmorgan@forthepeople.com<br>***Attorney for Plaintiff*** | Suite 1400<br>Atlanta, Georgia 30305<br>Telephone: (404) 351-1615<br>Facsimile:  (404) 352-1285<br>Email: Rrigrish@brawwlaw.com<br>***Attorney for Defendant*** |